# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BRENDA ELAINE MITCHELL,
    Plaintiff,

vs.                                             CASE NO. 3:15cv529/MCR/EMT

FIRST TRANSIT, INC.
d/b/a ESCAMBIA COUNTY
AREA TRANSIT,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Second Report and Recommendation dated August 8, 2017. ECF No. 44. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Second Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's motion for summary judgment, ECF No. 41, is **GRANTED**.

3.      The clerk of court is directed to enter judgment in favor of Defendant and against Plaintiff and close the file.

**DONE AND ORDERED** this 22nd day of September, 2017.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**